**Sandra J. ROBERTS, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

No. 2006–3356.

United States Court of Appeals, Federal Circuit.

Sept. 27, 2006.

Sandra J. Roberts, pro se.

## ORDER

Order Vacated, See —— F.3d ——, 2006 WL 3151541.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John D. RUPEL, Darrell J. Kutchmarek, Thomas W. Tolbert and Ren Judkins, Appellants,**

v.

**James L. BARSS, Appellee.**

No. 2006–1152.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2006.

## *ORDER*

John D. Rupel et al. move without opposition to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.